UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOMEDICS-USA, INC.,

          Plaintiff,          Case No.  05-70102

v.          District Judge Sean F. Cox

          Magistrate Judge R. Steven Whalen

YEJEN INDUSTRIES, LTD.,

          Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on May 29, 2007, Plaintiff's Motion to Compel Discovery [Docket #49] is GRANTED. Defendant Yejen Industries, Ltd. shall supplement its responses to Plaintiff's First Set of Interrogatories and First Set of Document Requests within 60 days of the date of this Order.

SO ORDERED.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated: May 29, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 29, 2007.

S/Gina Wilson
Judicial Assistant